ORIGINAL

CV-06 1938

Robert Jager
2 Beacon Lane
Hicksville, New York 11801
(516) 933-0842
April 25, 2006

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 26 2006 ★
LONG ISLAND OFFICE

| Robert Jager, Hicksville, NY | UNITED STATES DISTRICT COURT CENTRAL ISLIP, NEW YORK |
|---|---|
| **Plaintiffs** | |
| vs. | **CIVIL ACTION:** |
| Herbert Mitschele Jr., Chester NJ | |
| **Defendants** | **JURY TRIAL DEMANDED COMPLAINT** |

SEYBERT, J.
ORENSTEIN, M

COMPLAINT

Plaintiff Robert Jager, acting *Pro Se,* complains of Defendant Herbert J. Mitschele, Jr. and alleges: That PURSUANT TO 28 USC 1332

    On April 26, 2000 Defendant Herbert Mitschele committed Perjury 12 times before the United States District Court causing Plaintiff Robert Jager to lose property that he had been previously offered $10,000,000.00 for. Mitschele was able to get away with his Perjury because I was not Notified of the Hearing and the refusal of the Court to allow me to cross examine Mitschele at a asubsequent Hearing. The judge stated that his clerk Notified me of the Hearing by a telephone answering machine in Sussex County, New Jersey the **day before** the Hearing, **the Court being aware that I had not lived in New Jersey since 1991** and had lived at 2 Beacon Lane, Hicksville, New York for the past eight years.

    Mr. Mitschele, having never testified during Hearings in the last ten years, testified for the one and only time when he knew that I would **not** be there to question him and he subsequently gave Perjurious testimony.

    In addition, I have ascertained that Mr. Mitschele's lawyer, who filed his answer to the case in question was not licensed to practice law in New York where the case was filed. Also two of Mr. Mitschele's former lawyers have committed Perjury. I have had five lawyers on this case with Mitschele that four out of **five** of them were disbarred and one went to Federal prison for five years.

This is not the first time Mr. Mitschele has committed Fraud in the Federal Court. In 1993 Hank and Sheila Mathon filed a similar lawsuit against him in Federal Court where they alleged that he committed Fraud against them and cheated them out of a large horse farm in New Jersey and Mrs. Mathon's inheritance in Long Island, New York, a large tract of valuable land in Manorville, New York.

Becase of Mr. Mitschele's Perjury and Obstruction of Justice, I have suffered severe monetary, emotional and incidental traumatic damage to my health and welfare. Perjury frustrates the search for the truth and is contrary to the Justice system. Testimony free from Perjury protects the integrity of the Judicial Process and helps to protect the rights of those being wronged by the people testifying in a Judicial process Without the truth, the Justice System cannot function without being prejudiced against those seeking justice.

Plaintiff requests Judgment in the amount of $10,000,000.00 plus interest and cost of suit and such other and further relief as this Honorable Court deems equitable, appropriate and just.

I, Robert Jager, an individual, state that I Verify the statements made in this Action and Complaint are true and correct to the best of my knowledge, information and belief.

_____
Robert Jager
2 Beacon Lane
Hicksville, N.Y. 11801
(516) 933-0842

April 25, 2006